April 6, 2017

Office of the Clerk
United States District Court
Western District of Wisconsin
120 North Henry Street
Madison, Wisconsin 53703

RE: Lacy v. Waterman, Case No. 18-CV-076

Dear Clerk:

I am writing to withdraw my civil rights complaint at this time in the above entitled matter for the following reasons:

1.) I can barely see out of both my eyes due to being the subject of steroids during my surgery, which resulted in the amputation of my foot;

2.) I've called and written to numerous attorneys who say they don't do these sort of cases or they will not take the case;

3.) Finally, I am unable at this time to pay the filing fee.

Your attention to this matter would be very much appreciated.

P.S. I will write to Mr. Paul Kinne ASAP.

Respectfully,
Johnny Lacy Jr.