# ATTERBURY, KAMMER & HAAG, S.C.

INJURY ATTORNEYS

LEE R. ATTERBURY
ALEXANDER S. KAMMER
ERIC J. HAAG

Reply to:

8500 Greenway Blvd.
Suite 103
Middleton, WI 53562
p: (608) 821-4600
p: (800) 817-3729
f: (608) 821-4610

April 3, 2018

Johnny Lacy Jr. #71373
Dodge Correctional Institution
P.O. Box 700
Waupun, WI 53963

Dear Mr. Lacy:

    I am writing to follow up on the recent letter you sent me. Unfortunately, I will not be able to represent you in connection with your case.

    The fact that we cannot represent you does not mean that your case lacks merit. In fact, you may want to consult with other attorneys that handle cases like these. Others may have a different view of your case than I do. You may want to contact Attorney Paul Kinne (Gingras, Cates & Wachs, 8150 Excelsior Dr., Madison, WI 53717; 608-833-2632).

    You should be advised that your case is governed by a statute of limitations. This means that if you fail to file claims within a certain period of time, you may forever lose your right to sue. You may want to contact an attorney for advice on this issue.

    Thank you for considering me to represent you. With this letter, I am closing my file on the matter.

Very truly yours,

ATTERBURY, KAMMER & HAAG, S.C.

Eric J. Haag

EJH/ajh

contact@wiscinjurylawyers.com
www.yourwisconsininjurylawyers.com



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

SUITE 5000
150 EAST GILMAN STREET
MADISON, WI 53703-1482
POST OFFICE BOX 1497
MADISON, WI 53701-1497
608.257.5035 TEL
608.258.4258 FAX
WWW.FOLEY.COM

March 27, 2018

Johnny Lacy Jr. #71373
Wisconsin Secure Program Facility
P.O. Box 9900
Boscobel, Wisconsin 53805-0901

Dear Mr. Lacy:

    We are responding to your correspondence to our office requesting our assistance in representing you.

    For a variety of reasons including the press of other business, we are unable to represent you in connection with this matter.

    We are returning your correspondence for your records.

                        Sincerely,

                        *Foley & Lardner LLP*

BOSTON    JACKSONVILLE    MILWAUKEE    SAN DIEGO    TALLAHASSEE
BRUSSELS    LOS ANGELES    NEW YORK    SAN FRANCISCO    TAMPA
CHICAGO    MADISON    ORLANDO    SHANGHAI    TOKYO
DETROIT    MIAMI    SACRAMENTO    SILICON VALLEY    WASHINGTON, D.C.

4823-5736-5344.1

# Carlson, Blau & Clemens, S.C.

Injury Attorneys

3535 West Wisconsin Avenue
Milwaukee, Wisconsin 53208-3153
Phone 414-342-1000
Fax 414-342-5060

John P. Carlson
David M. Blau
Chris M. Clemens
Randall M. Aronson
George E. Chaparas

*Of Counsel*
Gene N. Silverman
John Siefert

*Medical Consultant*
David L. Heber, M.D., F.A.C.S.

March 20, 2018

Johnny Lacy, Jr., No. 71373
Wisconsin Secure Program Facility
Post Office Box 9900
Boscobel, Wisconsin 53805-0901

Dear Mr. Lacy:

We are in receipt of your letter post-marked March 14, 2018.

Unfortunately, our office does not handle this particular type of case. This does not mean that your case does not have merit; it is just that we do not choose to process these cases.

Therefore, we are returning your original correspondence to you,

We wish you the best of luck and please feel free to contact us in the future regarding any other legal matters.

Sincerely yours,

CARLSON, BLAU
& CLEMENS, S.C.

By: JOHN P. CARLSON

JPC:ss
Enclosure

*Don't Drop the Ball ⊗ Make the Call!*™